# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| SANTWAN HOLT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 4:08-CV-162 (CDL) |
| : | 42 U.S.C. § 1983 |
| CHARLES ASHLEY and : | |
| JASON RALEY, : | |
| : | |
| Defendants. : | |

## RECOMMENDATION OF DISMISSAL

On May 4, 2011, this Court entered an Order for Status Update (ECF No. 24) requiring Plaintiff to provide information regarding the status of his state criminal charges which form the basis for his §1983 claims. Prior to the filing of this Order, Plaintiff's case has sat stagnant for over a year without any pleadings or updates from either party. Plaintiff has failed to timely respond to the Order for Status Update. Consequently, as Plaintiff was advised in that Order, the Court recommends dismissal of Plaintiff's complaint without prejudice for failure to prosecute and failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); *see also Betty K. Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (explaining that a court may *sua sponte* dismiss an action pursuant to Federal Rules of Civil Procedure Rule 41(b)); *Smith v. Bruster*, No. 10-12098, 2011 WL 1533448, at * 2 (11th Cir. Apr. 25, 2011) ("[T]he district court may *sua sponte* dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) if the plaintiff fails to comply with court rules or a court order.").

WHEREFORE, IT IS HEREBY RECOMMENDED that Plaintiff's Complaint be DISMISSED without prejudice for failure to comply with a court order. Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff may file objections to this Recommendation in writing with the UNITED STATES DISTRICT COURT within FOURTEEN (14) DAYS after being served with a copy hereof.

**SO RECOMMENDED** this 23rd day of May, 2011.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE